UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Nos. 5:17-cr-00556 / 5:20-cr-00248 |
| | : |
| JASON WEIGAND. | : |

**O R D E R**

**AND NOW**, this 4th day of October, 2022, upon consideration of the Defendant's motion for acquittal, the Government's response, the Defendant's reply, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT** the Defendant's motion, ECF No. 154 in 17-556; ECF No. 77 in 20-248, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

100422